UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

          -V-

        Shawn Givens

------------------------------X

#19 CR 932 (JFK)

With the consent of the Government, the defense request to adjourn the plea is granted. The plea is set for March 24, 2021 at 11:00 a.m. in Courtroom 20-C.

SO ORDERED.

Dated:  New York, New York

3-1-21

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-1-21