

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

September 14, 2023

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.** 09/14/2023

The status conference scheduled for September 19, 2023 is hereby adjourned to November 17, 2023 at 12:00 PM.

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Shawn Givens, Jr.*, 19 Cr. 932 (JFK)

Dear Judge Broderick:

The Government writes respectfully in advance of the upcoming violation of supervised release hearing, which is currently scheduled for September 19, 2023, at 10:00 AM.

The Government understands that the state criminal case concerning the conduct underlying the alleged violations remains pending. Having conferred with counsel for the defendant, the Government respectfully requests that this matter be adjourned for approximately sixty (60) days to allow additional time for that state matter to proceed. The Government has conferred with Jill Shellow, Esq., counsel for Mr. Givens, who does not object to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Jarrod L. Schaeffer
Assistant United States Attorney
Tel.: (212) 637-2270