# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

October 4, 2023

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 10/26/23

Defendant's request is granted subject to the proffered conditions.

**BY ECF AND EMAIL**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
BroderickNYSDChambers@nysd.uscourts.gov

      **RE:**    *United States v. Shawn Givens, 19-cr-932 (JFK)*

Dear Judge Broderick:

    I represent Shawn Givens on this pending VOSR. Your Honor released Mr. Givens on home incarceration, and I am writing with the consent of the Government and Probation Department to seek a specific modification.

    Mr. Givens' younger sister has asked him to be her sponsor for her Confirmation on April 20, 2024. So far, the only times Mr. Givens would have to leave his home are on November 5, 2023 for a meeting with the Priest and on April 20 for the event. There may be other dates, but I do not know them at this time.

    I propose that Your Honor modify Mr. Givens' home incarceration to permit him to leave home as may be required for the Confirmation on the following conditions: (1) Mr. Givens is always accompanied by family members; (2) Mr. Givens provides to the Probation Department no less than three days in advance a detailed itinerary listing when and where he needs to be; (3) Mr. Givens travels only to and from the identified locations at the specified times; and (4) Mr. Givens is not permitted to transport himself. The Government and Probation consent to these conditions.

    Thank you for your consideration.

                                           Respectfully submitted,

                                           Jill R. Shellow

cc:    AUSA Jarrod Schaeffer (by ECF and email)
        Probation Officer Erica Cudina (by email)
        Shawn Givens (by email)

Admitted: NY, CT, DC