# LAW OFFICES OF JILL R. SHELLOW PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

January 19, 2024

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.**   01/19/2024
>
> The status conference scheduled for January 22, 2024 is hereby adjourned.  The parties are to inform me of the status of the state case by March 22, 2024.

**BY ECF AND EMAIL**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
BroderickNYSDChambers@nysd.uscourts.gov

  RE:  *United States v. Shawn Givens, 19-cr-932 (JFK)*

Dear Judge Broderick:

  I represent Shawn Givens on this pending VOSR, and I write in connection with the violation of supervised release hearing scheduled for January 22, 2024.

  Nothing has yet happened in the state criminal case concerning the conduct underlying the alleged violations.  Accordingly, in order to allow additional time for the state matter to proceed, I respectfully request that Your Honor set a control date of March 22, 2024 by which time the parties shall inform the Court of the status of the state matter.  I have been in touch with AUSA William Kinder who is handling this matter and Erica Cudina, the Probation Officer.  Both consent to this request.

  Thank you for your consideration.

                    Respectfully submitted,


                    Jill R. Shellow


cc:  AUSA William Kinder (by email)
   Probation Officer Erica Cudina (by email)
   Shawn Givens (by email)

Admitted:  NY, CT, DC