UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                                    :

UNITED STATES OF AMERICA,              :

                              -v-                               :                       19-CR-932 (VSB)

SHAWN GIVENS, JR.,                      :                       **ORDER**

                          Defendant.   :

------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The violation of supervised release hearing currently scheduled in this matter for October 1, 2024 is hereby adjourned to October 24, 2024 at 10:00 AM.

SO ORDERED.

Dated:    September 5, 2024
             New York, New York

                                                                      Vernon S. Broderick
                                                                      United States District Judge