

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 7, 2025

**BY CM/ECF AND EMAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Shawn Givens, Jr.*, 19 Cr. 932 (VSB)

Dear Judge Broderick:

    The Government respectfully submits this letter in advance of the defendant's sentencing in the above-captioned case, which is currently scheduled for July 14, 2025 at 10:00 a.m., to request an adjournment of the Government's sentencing submission deadline. The Government respectfully requests an additional three days to file its sentencing submission, which would extend the deadline from July 7, 2025 to July 10, 2025. Defense counsel consents to this request and intends to submit a supplemental sentencing submission in advance of the defendant's sentencing. In addition, the parties have conferred and confirmed their availability to proceed with sentencing on July 14, 2025 at 10:00 a.m.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

      By: /s/ *Dana R. McCann*
        Dana R. McCann
        Assistant United States Attorney
        Southern District of New York
        Tel.: (212) 637-2308

cc: Counsel for Defendant Shawn Givens, Jr. (by ECF and email)
    Erica Cudina, United States Probation Office (by email)

APPLICATION GRANTED
SO ORDERED [signature]    Date: July 7, 2025
VERNON S. BRODERICK
U.S.D.J.